## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **PRESLEY NAVE, SR. & RUBY NAVE** | ) | |
| | ) | |
| **Debtors &** | ) | |
| **Plaintiffs/Appellants** | ) | **Case No. 3:05-0104** |
| | ) | **Judge Trauger** |
| **v.** | ) | |
| | ) | |
| **LIFE BANK, et. al.** | ) | |
| | ) | |
| | ) | |
| **Defendant/Appellee** | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the United States

Bankruptcy Court for the Middle District of Tennessee's Order (Docket No. 1, Certified R. on

Appeal No. 2) is **AFFIRMED** in all respects relevant to this case.

It is so ordered.

Enter this 2nd day of November 2005.

_____
ALETA A. TRAUGER
United States District Judge